**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

JONES LANG LASALLE AMERICAS, INC.,

Plaintiff,

v.

CYPRESS INTERNATIONAL, INC.,

Defendant.

Case No. 1:26-cv-00986-AJT-WBP

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jones Lang LaSalle Americas, Inc. ("JLL") and Defendant Cypress International, Inc. ("Cypress"), through their undersigned counsel, hereby stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All matters in dispute having been resolved, each party will bear its own costs and attorneys' fees.

Dated: August 24, 2026

By: /s/Jason D. Moore

Jason D. Moore, VA Bar No.: 77096
Andrew L. Franklin-Murphy ("Franklin") (*pro hac vice*)
SHOOK, HARDY & BACON LLP
1800 K Street NW, Suite 1000
Washington, DC 20006
Tel: (202) 783-8400
Fax: (202) 783-4211
jdmoore@shb.com

Matthew D. Bernstein (*pro hac vice)*
SHOOK, HARDY & BACON LLP
201 S. Biscayne Bay Boulevard, Suite 3200
Miami, FL 33026
Tel: (305) 358-5171
Fax: (305) 358-74470
mbernstein@shb.com

By: /s/William F. Coffield

William F. Coffield
Laina C. Lopez (*pro hac vice*)
BERLINER CORCORAN & ROWE LLP
1101 17th Street NW, Suite 1100
Washington, DC 20036
wcoffield@bcrlaw.com
llopez@bcrlaw.com